# Court of Appeals
# of the State of Georgia

ATLANTA,   November 30, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0543.  SAM LEVINE v. GEORGIA ALLOY, LLC et al.**

The above-styled appeal was docketed in this Court on October 23, 2020. Pursuant to Rule 23 (a) of the Court of Appeals the brief of the Appellant was to be filed in this Court by November 12, 2020. As of the date of this order, the Appellant has not filed a brief or a motion for extension of time to file a brief.

This appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   11/30/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*